IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WILLIE MURRY,**
a/k/a JuQan Demetrices Muhummad                                                           **PLAINTIFF**
ADC #097878

v.                                              4:24-cv-00673-BRW-JJV

**ROBIN LASHAY COLLINS,**
Mailroom Supervisor Services Coordinator,
Tucker Max Security Unit; *et al.*                                                          **DEFENDANTS**

## ORDER

I have reviewed the proposed Partial Recommended Disposition ("PRD") submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After careful and *de novo* review of the PRD, objections, and the record, the Court adopts the PRD in its entirety as this Court's findings in all respects.

Accordingly, Plaintiff's Motion for Temporary Restraining Order (Doc. 6) is DENIED.

IT IS SO ORDERED this 22nd day of October, 2024.

                                                  Billy Roy Wilson
                                                  UNITED STATES DISTRICT JUDGE