IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WILLIE MURRY**
a/k/a JuQuan Demetrices Muhammad                                    **PLAINTIFF**
**ADC #097878**

VS.                                    4:24-cv-00673-BRW

**ROBIN LASHAY COLLINS,**
**Mailroom Supervisor Services Coordinator,**
**Tucker Max Security Unit;** *et al.*                               **DEFENDANTS**

## ORDER

I have reviewed the Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe (Doc. No. 11). No objections have been filed, and the time to do so has passed. After careful review, I approve and adopt the Recommended Disposition in all respects.

Therefore, the Complaint (Doc. No. 1) is dismissed without prejudice for failing to state a claim upon which relief may be granted, and this case is closed. I recommend that, in the future, dismissal of this lawsuit counted as a strike.[1] An *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.[2]

IT IS SO ORDERED this 6th day of December, 2024.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(g).

[2] 28 U.S.C. § 1915(a)(3).

1